IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS GATEWOOD,**                                    **PLAINTIFF**

**V.**                                                  **NO. 4:05CV85-P-D**

**SUNFLOWER COUNTY, ET AL,**                            **DEFENDANTS**

# FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS SO ORDERED.**

THIS the 26th day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE