# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CURTIS GATEWOOD,**                                                       **PLAINTIFF**

**V.**                           **NO. 4:05CV85-P-D**

**SUNFLOWER COUNTY, ET AL,**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS SO ORDERED.**

THIS the 26th day of April , 2005.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE